UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WHITE, on behalf of himself and those similarly situated,

Plaintiff,

vs. CASE NO.: 8:16-CV-00385-VMC-AEP

SWAMPY'S BAR & GRILLE DUNNELLON, LLC, a Florida For Profit Limited Liability Company, and CARLOS SANCHEZ, Individually,

Defendants. /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, JAMES WHITE, by and through his undersigned attorneys, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), and hereby files its Notice of Voluntary Dismissal as to the individual Defendant, CARLOS SANCHEZ, only and without prejudice.

Dated this 25th day of March, 2016.

/s/ MATTHEW GUNTER
Matthew R. Gunter, Esquire
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Clerk's Default, has been filed using the CM/ECF filing system which I understand will send a notice of electronic filing to: None. I further certify that I served the above along with a notice of electronic filing via first class mail, postage paid, to: Swampy's Bar & Grille Dunnellon, LLC, c/o Carlos Sanchez (as registered agent and in his individual capacity), 2418 SE 23rd Place, Ocala, Florida 34471, on this 25th day of March, 2016.

**s/ MATTHEW GUNTER**
Matthew R. Gunter, Esq.